**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 1:19-24378-CIV-KING/REID

VLAIDIMIR LOUISSANT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the December 9, 2020 Report and Recommendation (Doc. No. 16) ("R&R") of Magistrate Judge Shaniek Maynard. Objections to the R&R were due by December 23, 2020. Plaintiff objected on January 6, 2021 (Doc. No. 17), but the Court nonetheless considered these objections despite their untimeliness.

The R&R recommends denying Plaintiff's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255. Specifically, the R&R analyzes (and rejects) Plaintiff's argument that his federal criminal sentence violates his constitutional rights in light of the Supreme Court's recent decision in *United States v. Davis*, 139 S. Ct. 2319 (2019). Also, the R&R analyzes (and rejects) Plaintiff's argument that his sentence should be vacated for ineffective assistance of counsel.

Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Shaniek Maynard's well-reasoned R&R accurately states the law of the case. Accordingly, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Maynard's Report and Recommendation **(Doc. No. 16)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Plaintiff's Motion to Vacate Pursuant to 28 U.S.C. § 2255 is hereby **DENIED**;

3. No certificate of appealability shall issue; and

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of January, 2021.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**cc:** **Magistrate Judge Shaniek Maynard**
**All counsel of record**
**Vlaidimir Louissant,** *pro se*